No. 122. MAYORAL *v.* ALVARADO.—Apelación procedente de la Corte de Distrito de Ponce. Moción para que se desestime la apelación. Resuelto en mayo 27, 1907. Desestimada la apelación por incumplimiento del artículo 54 del Reglamento de este tribunal. Abogados del promovente: *Sres. Cuevillas y Méndez.* Abogado de la parte contraria: *Sr. López Landrón.*

No. 146. BANCO TERRITORIAL Y AGRÍCOLA *v.* RIVERA.—Apelación procedente de la Corte de Distrito de Arecibo. Moción para que se desestime la apelación. Resuelto en mayo 27, 1907. Desestimada la apelación por incumplimiento de los artículos 299 del Código de Enjuiciamiento Civil y 50 y 54 del Reglamento de este tribunal. Abogado del promovente: *Sr. Juan de Guzmán Benítez.* La parte contraria no compareció.

No. 147. ESMORIS *v.* RODRÍGUEZ.—Apelación procedente de la Corte de Distrito de Mayagüez. Moción para que se desestime la apelación. Resuelto en mayo 31, 1907. Desestimada la apelación por incumplimiento de los artículos 299 del Código de Enjuiciamiento Civil y 50 y 54 del Reglamento de este tribunal. Abogados del promovente: *Sres. Cuevillas y Méndez.* Abogado de la parte contraria: *Sr. Ramírez.*

No. 148. ESMORIS *v.* RODRÍGUEZ.—Apelación procedente de la Corte de Distrito de Mayagüez. Moción para desestimar la apelación. Resuelto en mayo 31, 1907. Desestimada la apelación por incumplimiento de los artículos 299 del Código de Enjuiciamiento Civil y 50 y 54 del Reglamento de este tribunal. Abogados del promovente: *Sres. Cuevillas y Méndez.* Abogado de la parte contraria: *Sr. Ramírez.*